UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 04 B 14064
   RAYMOND C POLIKAITIS
                                        CHAPTER 13

                                        JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-4738
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/08/04 and confirmed on 06/16/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 47390.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF AMERICA NA | MORTGAGE ARRE | 7288.57 | .00 | 7288.57 |
| HSBC | SECURED | .00 | .00 | .00 |
| MB FINANCIAL BANK | SECURED | 4400.00 | 335.70 | 4400.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9996.03 | .00 | 3998.41 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 2955.91 | .00 | 1182.36 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13621.67 | .00 | 5448.67 |
| CITI/SEARS | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SVCS | UNSECURED | 1301.40 | .00 | 520.56 |
| ECAST SETTLEMENT CORP | UNSECURED | 3718.70 | .00 | 1487.48 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8034.32 | .00 | 3213.73 |
| DISCOVER BANK | UNSECURED | 12050.02 | .00 | 4820.01 |
| BANK OF AMERICA NA | COST OF COLLE | 125.00 | .00 | 125.00 |
| MB FINANCIAL BANK | UNSECURED | 57.40 | .00 | 22.96 |
| BANK OF AMERICA NA | COST OF COLLE | 600.00 | .00 | 600.00 |
| KEMP & GRZELAKOWSKI | SECURED | 9534.24 | .00 | 9534.24 |
| SCHOTTLER & ZUKOSKY | ORIGINAL ATTO | 2625.00 | .00 | 2625.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 21222.81 | 3350.00 | 51735.45 | .00 | 76308.26 |
| PRINCIPAL PAID | 21222.81 | 3350.00 | 20694.18 | .00 | 45266.99 |
| INTEREST PAID | 335.70 | .00 | .00 | .00 | 335.70 |
| TOTAL PAID | 21558.51 | 3350.00 | 20694.18 | .00 | 45602.69 |

The Debtor's attorney, HUCK BOUMA               , was allowed $      .00 and was paid $      .00 .

The Trustee received $   1787.12 .

Refunds to the Debtor totaled $      .19 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/14/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
          CASE NO. 04 B 14064 RAYMOND C POLIKAITIS